# NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

*Court of Appeals Erie*

U.S. DISTRICT COURT _____  _____
(District/State)                    (Location)

U.S. TAX COURT ( )        CIRCUIT COURT
                          DOCKET NO. _____
                          (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT or
TAX COURT NO. *04-352 Erie*

DISTRICT of
TAX COURT
JUDGE _____

Notice is hereby given that *Ms. Mary A. Mathis*
(Named party)

appeals to the United States Court of Appeals for the Third Circuit from

(X) Judgment   ( ) Order   ( ) Other (Specify) _____

entered in this action on *July 6, 2005*
(date)

DATED:

*Ms. Mary A. Mathis*          *Pro Se*
(Counsel for Appellant - Signature)

*Pro Se*                       *Uncertain*
(Name of Counsel - typed)      (Counsel for Appellee)

*1101 E. 26th St*              _____
(Address)                      (Address)

*Erie, PA 16504*               _____
(City, State, Zip Code)        (City, State, Zip Code)

*(814) 572-0197*               _____
(Telephone No. - U.S. Gov't FTS    (Telephone No. - U.S. Gov't
or Other)                           FTS or Other)

Note: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PG 2 of 2

MARY A. MATHIS,
    Plaintiff,

v.

CITY OF ERIE POLICE DEPARTMENT, et al.,
    Defendants.

Civil Action No. 04-352 Erie

July 6, 2005

Mr. M[signature]
PRO SE

5. MS. DESANTIS (MARY) TOLD SECURITY GUARDS NOT TO LET ME UPSTAIRS PREVENTING FILING WITH THE MARSHALL — SECURITY GUARDS APPROXIMATELY FOUR (4) FOLLOWED THOSE INSTRUCTIONS

6. THE OTHER CLERK — (BOTH WOMEN) RIPPED EVIDENCE OF DATE/DEADLINE IN MY FACE AS TO PREVENT TIMELY FILING AND JUDGE SEAN MCLAUGHLIN WOULD NOT ALLOW ME TO ADDRESS

7. JUDGE SEAN MCLAUGHLIN PREVENTED REQUESTED ME TO GO TO HIS CHAMBERS ON TWO (2) OF THESE OCCASIONS AND 4 TIMES ALTOGETHER AND MY CASE WAS HALTED WITHOUT TRIAL?

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY A. MATHIS,

    Plaintiff,

v.

CITY OF ERIE POLICE DEPARTMENT, et al.,

    Defendants.

Civil Action No. 04-352 Erie

PG 1 OF 2

July 6, 2005

1. MOTION TO AN APPEAL - REOPEN CASE 04-352 ERIE, DUE TO FACTS OR REASONS TO CLOSE CASE IN PART OR WHOLE ARE UNTRUE!

2. MISCARRIGE OF JUSTICE EMPLOYEES CLERKS - (BOTH) MS. MARY DESANTIS AND TOGETHER WITH THE SECURITY GUARDS AND "OTHER" CLERK "CORRUPTED JUSTICE THEREFORE SABOTAGED MY CASE:
   @ THE DISTRICT COURT LEVEL
   @ THE FEDERAL COURT LEVEL; AND

3. JUDGE SEAN McLAUGHLIN WOULD NOT GRANT RELIEFS NOR AN ATTORNEY IN SPITE MY REQUEST

4. ENTITIES WERE SERVED IN SPITE OF SABATAGE

Ms. Mathis Pro Se