OFFICE OF THE CLERK

Marcia M. Waldron
Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4952

www.ca3.uscourts.gov

July 18, 2005

NOTICE OF DOCKETING OF APPEAL

Mathis v. Erie Pol Dept

No(s): 04-cv-00352

(Honorable Sean J. McLaughlin)

An appeal by **Mary A. Mathis** was filed in the above-captioned case on 7/6/05, and docketed in this Court on 7/18/05, at No. **05-3384**.

Kindly use the Appeals Docket No. **05-3384** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk

By: Carmen M. Hernandez
Case Manager