

*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*

241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

*August 17, 2005*

Sean J. McLaughlin
U.S. District Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # **CA-04-0352 Erie**

Dear Judge McLaughlin,

On **05/20/05** a letter was sent to your office informing you that directions for service have not been received on the above mentioned case for defendant(s) **Erie City Police Department, Erie City/County Fugigive Task Force, Erie County Sheriff, and Pa. State Police** and requesting that this office be advised if further action was taken or needed to be taken.

It has been over 30 days and no indication has been received by this office. We are now closing our files. Please find the documents attached.

Sincerely,

Thomas Fitzgerald
United States Marshal
Western District of Pennsylvania

By: Sheila Blessing
    Administrative Assistant
    United States Marshals Service
    Western District Of Pennsylvania