NOTICE OF APPEAL

U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT, WESTERN DISTRICT OF PENNSYLVANIA, ERIE DIVISION

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT NO. __04-352 ERIE__

DISTRICT COURT JUDGE __SEAN J. McLAUGHLIN__

Notice is hereby given that __Ms. Mary A. Mathis__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from
( ) Judgment  (X) Order  ( ) Other  (Specify) __STILL SEEKING RELIEFS FROM THE COURT - MY CASE WAS SABATOGED BY THE COURTS ITSELF. I AM ASKING THAT JUDGEMENT AND CLAIMS OR RELIEFS ARE GRANTED - I PRAY__

entered in this action on __NOVEMBER 15, 2005 FROM INITIAL FILINGS__
(Date)

Ms. Mathis PRO SE

DATED:

__PRO SE__
(Counsel for Appellant-Signature)

__Ms. Mathis__
(Name of Counsel - typed)

MAILING: __230 W. 18TH ST__
(Address)

__ERIE, PA  16502__
(City, State, Zip Code)

__(814) 572-0197__
(Telephone No.)

__UNCERTAIN__
(Counsel for Appellee)

_____
(Address)

_____
(City, State, Zip Code)

_____
(Telephone No.)

**Note:** Use Additional Sheets if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.