UNITED STATES COURT ~~OF PARTIES~~ 3-15-2006
WESTERN DISTRICT OF PA
MOTION TO REOPEN 04-352 ERIE
CASE #04-352 ERIE, PA (814) 898-0927

MY CASE WAS SABOTAGED THROUGH EVERY LEVEL OF COURT(S) INCLUDING @ THE FEDERAL LEVEL. I AM STILL SUFFERING, MY FAMILIES INCLUDING GRANDCHILDREN, AM STILL WITHOUT A HOME, AND STILL WITHOUT RELIEF'S OF RESTORATION. " I AM PRAYING THAT JUDGE SEAN J. McLAUGHLIN WOULD CONSIDER "<u>FAIRNESS IN THE COURTS REGARDING MY CASE.</u>" HOWEVER LITTLE OR MUCH THE COURTS SEE FIT THAT I MAY BE ABLE TO BRING CLOSURE AND FREEDOM TO MOVE FORWARD WITH MY/OUR LIVES.

RESPECTFULLY, SUBMITTED
Mrs. Mary A. Mathis   3-15-2006