IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY A. MATHIS,      )  | |
|     Plaintiff,      ) | |
|       ) | |
|   Vs.      ) | CA 05-352 Erie |
|       ) | |
| CITY OF ERIE POLICE DEPT. et. al.,  ) | |
|     Defendant.      ) | |

**O R D E R**

      AND NOW, this 17th day of March, 2006, after consideration of the Motion to Reopen Case (Doc. No. 29) filed by the Plaintiff,

      IT IS HEREBY ORDERED that the said motion is DENIED.

_____
Sean J. McLaughlin
United States District Judge

cc: All counsel of record