UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-5088

Mathis

vs.

Erie Pol Dept, et al.

Mary A. Mathis, Appellant

(Western District of Pennsylvania Civil No. 04-cv-00352)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: August 16, 2006

cc:
Mary A. Mathis
Patrick M. Carey, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk