Ms. Mary A. Mathis and Family - Grandchildren
230 W. 18th St., Erie, PA 16502
814-392-9679
msmamathis@yahoo.com

04-352 Erie                April 7, 2008

RECEIVED
APR - 7 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA
PG 1/5

Appeals Court Federal Western District
Attn: Judge Sean J. McLaughlin

- Miscarriage of Justice 04-352 Erie
- Error
- Error in Law
- Criminal Conspiracy Against Rights
- Obstruction of Justice
- Deprivation of Relief's
- Obstruction of State & Local Enforcement
- Conspiracy Against Rights Title 18 USC Section 241
- Hate Crimes 18 USC 241, 242, 245
- Preserving Claimed Error Rule 51 - Preserving Claimed Error (a)(b) Copy Attached
- Obstruction of Court Orders - Copy Attached 18 USC 1509. Obstructing Court Orders

Federal Rules of Criminal Procedure - Rule 51 (LII 2007 ed.) Page 1 of 1

Case 1:04-cv-00352-SJM   Document 32   Filed 04/07/2008   Page 2 of 5



LII / Legal Information Institute

PG. 2/5

# Federal Rules of Criminal Procedure

IX. GENERAL PROVISIONS > Rule 51.

Prev | Next

### Rule 51. Preserving Claimed Error

**(a) Exceptions Unnecessary.**

Exceptions to rulings or orders of the court are unnecessary.

**(b) Preserving a Claim of Error.**

A party may preserve a claim of error by informing the court -- when the court ruling or order is made or sought -- of the action the party wishes the court to take, or the party's objection to the court's action and the grounds for that objection. If a party does not have an opportunity to object to a ruling or order, the absence of an objection does not later prejudice that party. A ruling or order that admits or excludes evidence is governed by Federal Rule of Evidence 103.

(As amended Mar. 9, 1987, eff. Aug. 1, 1987; Apr. 29, 2002, eff. Dec. 1, 2002.)

Notes
Law About...
Criminal Procedure

Prev | Next

MY/OUR CASE WAS SEVERLY PREJUDICED INCLUDING THE UNLAWFUL PROHIBITION OF GRANTING AN ATTORNEY, TO ALL THAT WAS SELF CONTAINED IN OUR COMPLAINTS OF THE KINDS OF CRIMES AND VIOLATIONS "CRIMINAL" OBSTRUCTING OF JUSTICES AND BLATANT CRIMINAL CONSPIRACIES FROM THE FEDERAL GOVERNMENT ITSELF AS WELL AS ITS ADMINISTRATION/STAFF IN OUR CASE 04-352 ERIE SEEKING POLITICAL SETTLEMENT

MATHIS & FAMILY 04-352 ERIE

POISONS, AND NUMEROUS OTHER ATTACKS

CRIMES WERE COMMITTED THROUGH A COLOSSAL OF WRONGS OBSTRUCTION OF JUSTICES, ABUSE OF POWERS, MALICIOUS USE OR APPLICATION OF LAWS, COMMON LAW, COERCION, CRIMINAL CONSPIRACY WAR CRIMES, HATE CRIMES

LII / Legal Information Institute

# U.S. Code collection

TITLE 18 > PART I > CHAPTER 73 > § 1509

## § 1509. Obstruction of court orders

Whoever, by threats or force, willfully prevents, obstructs, impedes, or interferes with, or willfully attempts to prevent, obstruct, impede, or interfere with, the due exercise of rights or the performance of duties under any order, judgment, or decree of a court of the United States, shall be fined under this title or imprisoned not more than one year, or both.

No injunctive or other civil relief against the conduct made criminal by this section shall be denied on the ground that such conduct is a crime.

*FEDERAL COURT GUARDS & STAFF VIOLATED THIS L'S

LII has no control over and does not endorse any external Internet site that contains links to or references LII.

CLAIM WAS MADE IN FEDERAL COURT WHICH WAS SABATOGED @ THE DOOR. MY 100K CASE 04-352 ERIE INITIALLY FILED IN THE SUM OF $150 MILLION LATER ASKED DOUBLED BECAUSE OF NATURE OF THE CONTINOUS INJURIES. NOW I AM SEEKING RELIEF THROUGH A POLITICAL SETTLEMENT WITH THE UNITED STATES THE ABOVE LAW DEFENDS MY REQUEST FOR THE COURTS REJECT. USC 18

TITLE 18 PART I CHAPTER 73 > § 1509
§ 1509. OBSTRUCTION OF COURT ORDERS

Pg 3/5

MATHIS & Family 04-352 ERIE

US CODE: Title 18,242. Deprivation of rights under color of law                               Page 1 of 1



LII / Legal Information Institute

## U.S. Code collection

TITLE 18 > PART I > CHAPTER 13 > § 242

### § 242. Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

Pg. 4/5

http://www.law.cornell.edu/uscode/html/uscode18/usc_sec_18_00000242----000-.html         3/8/2008

*[Handwritten annotations: MATHIS & FAMILY 04-352 ERIE; County courts; City of Erie, County of Erie, State & local governments & Federal; p6 5/5]*

LII / Legal Information Institute

# U.S. Code collection

TITLE 18 > PART I > CHAPTER 73 > § 1511

## § 1511. Obstruction of State or local law enforcement

(a) It shall be unlawful for two or more persons to conspire to obstruct the enforcement of the criminal laws of a State or political subdivision thereof, with the intent to facilitate an illegal gambling business if—

> (1) one or more of such persons does any act to effect the object of such a conspiracy;
>
> (2) one or more of such persons is an official or employee, elected, appointed, or otherwise, of such State or political subdivision; and
>
> (3) one or more of such persons conducts, finances, manages, supervises, directs, or owns all or part of an illegal gambling business.

(b) As used in this section—

> (1) "illegal gambling business" means a gambling business which—
>
>> (i) is a violation of the law of a State or political subdivision in which it is conducted;
>>
>> (ii) involves five or more persons who conduct, finance, manage, supervise, direct, or own all or part of such business; and
>>
>> (iii) has been or remains in substantially continuous operation for a period in excess of thirty days or has a gross revenue of $2,000 in any single day.
>
> (2) "gambling" includes but is not limited to pool-selling, bookmaking, maintaining slot machines, roulette wheels, or dice tables, and conducting lotteries, policy, bolita or numbers games, or selling chances therein.
>
> (3) "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United States.

(c) This section shall not apply to any bingo game, lottery, or similar game of chance conducted by an organization exempt from tax under paragraph (3) of subsection (c) of section 501 of the Internal Revenue Code of 1986, as amended, if no part of the gross receipts derived from such activity inures to the benefit of any private shareholder, member, or employee of such organization, except as compensation for actual expenses incurred by him in the conduct of such activity.