IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY A. MATHIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-352 Erie |
| | ) | |
| CITY OF ERIE POLICE DEPARTMENT, | ) | |
| et. al., | ) | |
|     Defendants. | ) | |
| | ) | |

## ORDER

AND NOW this  10th  day of April 2008, the Plaintiff having filed papers, which the Court construes as a Motion for Reconsideration (Document No. 32)

IT IS HEREBY ORDERED that said Motion is DENIED

_____
Sean J. McLaughlin
United States District Judge

cc: Parties of record   NK