*[Handwritten at top:]* URGENT – EMERGENCY APPEAL –
ERROR IN LAW – SEEKING REVERSAL &
18 USC § 2333. CIVIL REMEDIES

*[Handwritten right margin:]* 04-352
ADMIN SUPPLEMENTS
18 USC § 2333. CIVIL REMEDIES
28 USC. LIABILITY OF UNITED STATES
COPY UNITED STATES CONSTITUTION AND AMENDMENT XIX

Ms. Mary A. Mathis and Family – Grandchildren

230 W.18th St., Erie, PA 16502 – 2unit Commercial/Res Demolished

814-392-9679

msmamathis@yahoo.com

*[Handwritten:]* REVERSAL

Monday, April 14, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**RECEIVED**

**APR 1 7 2008**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Civil Action No. 04-352 Erie

Attn: Federal Court Honorable Judge Sean J. McLaughlin

Greetings Judge Sean J. McLaughlin,

On April 7, 2008, I submitted an Appeal totaling five (5) pages to the Federal Court in the above Case 04-352 Erie on the grounds of:

- **Miscarriage of Justice**
- **Error**
- **Error in Law**
- **Criminal Conspiracy Against Rights**
- **Obstruction of Justice**
- **Deprivation of Relief's**
- **Obstruction of State & Local Enforcement**
- **Conspiracy Against Rights**
  Title 18 USC Section 241
- **Hate Crimes 18 USC 241, 242, 245**

**Preserving Claimed Error (a) (b) Copy Attached**

- **Obstruction of Court Orders** – Copy Attached
  18 USC 1509. Obstructing Court Orders

*[Handwritten:]* REQUEST EMERGENCIES
FAMILY – GRANDCHILDREN
HAVE BEEN ORPHANED
SODOMY / RAPES

Page 1/8

*[Handwritten:]* REQUESTING INJUNCTIONS
CLAIMING § 2333. CIVIL REMEDIES
18 USC § 2333. CIVIL REMEDIES

*REVERSAL 04-352 ERIE*

Ms. Mary A. Mathis and Family –Grandchildren 04-352 Erie     April 14-2008

On April 21, 2005, I along with my Family - granddaughter Mahoganie Mc Laurin whom your honor had previously granted *In Forma Pruaper as my* granddaughter Mahoganie was in my care during the events of our suffrages by those in the system whom were oppressing and retaliating against us. Your honor had asked that I/we submit the names of those retaliating/harassing, oppressing us as well as other warlike crimes that were growing because of my/our complaints. On April 21, 2005 I/we submitted to your honor per your honor request in addition to what your honor had already received of our ongoing humiliating and torturous victimization from criminal employers of the system. On the same date, April 21, 2008 and/or of the same week, my granddaughter Mahoganie and I attempted to follow the Courts Order in filing and both Federal Security Guards, Clerk Ms. Mary DeSantis, and Clerk Nicole, Obstructed Justice preventing both times of the two times that I/we, my granddaughter and I attempted to file a timely order. Of the same week of April 21, 2005 we, Mahoganie and I made two (2) trips to the Western Federal Court to make timely filing and each time we were " blocked" with the second (2) time being the worse of the two. On April 21, 2005, Ms. Nicole destroy work/evidence to our filing in the presence of both my granddaughter and myself, when I spoke of what she did " Ms. Nicole grandstanded in your presence" and of the same day, April 21, 2008, Ms. Mary DeSantis Ordered/Instructed the Federal Security Guards to not allow me upstairs to the Marshall's where Mahoganie and I needed to go to timely file; the Marshall had stated that he would be waiting for us, through the criminally conspiring acts of Ms. Mary DeSantis, Ms. Nicole?, and the Security Guards preventing us/me from filing we/I was forced to file via mail to Pittsburgh to United States Marshall Svs. 700 Grant St., Pittsburgh, PA 15219 where a Ms. Sheila Blessing Administrative Support Assistant United State Marshall Service Western District of Pennsylvania responded. This was just one (1) of the *countless* times the system penalized us/me Sir for being human. Because the Courts including Federal Court refuse to grant any of the reliefs that was requested by us/me which were so desperately needed to save my family from the hate crimes and acts of war to genocide, and every other violation, statues, codes, constitutional rights and civil liberties afforded to *all* we were deliberately and intentionally deprived! There was blatant Conspiracies of colossal proportions at every level of the Judicial System in our case. Because the Courts discriminated was biased other crimes were inevitable such included but not limited to retaliatory and conspiring acts by boards, committees, agencies, schools, businesses, insurances, schools and other administrations which continued to escalate forming alloys of war crimes against us/me,

Page 2/8

RECEIVED
APR 17 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

*04-352 ERIE REVERSAL*

Ms. Mary A. Mathis and Family – Grandchildren  04-352 Erie     Monday, April 14, 2008

and violating **Due Processes** and **Habeas Corpus** which **even being granted In Forma Pauper** by you Judge Sean J. McLaughlin neither in our Cases was respected!

Thus the retaliations and hate crimes were so great that the very Justices undermined the Laws themselves such included The School District of the City of Erie and the Administration including Mr. Barker, Lincoln School Administration from the Principle Mr. Causgrove, to the Nurse, Teachers Ms. Pasogna, and Ms. Calvano, Ms. White/Wright to the Secretary, Ms. Vickie, Mc Kinnley School Administration and principal Ms. Bosnla, Children Services, Family Services, Erie School Board all members whom after I had taken care of my granddaughter Mahoganie for over two (2) years – Kintergarden to Second (2nd) grade where I began to register complaints of crimes being committed by Lincoln School retaliating against my grandchildren in school/education, such complaints included but not limited to:

- School bus automobile accident cover up!
- Unlawful interrogations
- Unusual slips and falls which were covered up!
- Oppression of my Grandchildren, Mahoganie Mc Laurin and Kobe Harris academic success!
- Criminal Conspiracy
- Conspiracy
- Suppression of School Records when requested
- Forcing my granddaughter to write a " death threatening flash cards " which was received via United States Postal

Please Note: The date of delivery of threats are on the same week of the sabotaging of our/my filing in Federal Court --- and the Schools refusal to release records --- and the School District refusal to assist in the transfer of my granddaughter because of the retaliations – the involvement of Office of Children and Youth together with the Courts and City Solicitor whom unethically represented my daughter Rashelle, Mahoganies mother to demand that I release Mahoganie to my daughter Rashelle only to take all of her children, my grandchildren a few months later!

RECEIVED APR 17 2008 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA

*04-352 DUE ROVOKSAL*

Ms. Mary A. Mathis and Family – Grandchildren 04-352 Erie   Monday, April 14, 2008

Please Note: My granddaughter Mahoganie was exactly thirty five (35lbs) lbs., at the time that the " death threatening flash cards were mailed from Lincoln Elementary School while Mahoganie was a second grade student. The timing of the " Death Threatning Flash Cards " appeared to be a "sweep" of calculating and blatant criminal conspiracies of all of the above.

Death Threatning Flash Cards:  Total of seven (7) pages Exhibits A, B, C, D, E, together with a two (2) page letter

Self Addressed: Lincoln Elementary School

Postage Stamped on:  April 19, 2005

  Please Note:  How well planned and intentional the kinds of hate crimes and other criminal acts, wrongs and violations which occurred and we were forced to endure. Additionally, because the Federal Courts failed to provide any of the requested reliefs including Emergency Relief's, Injunctions and Legal Representations which was so desperately needed to prevent my family from becoming captive by the Courts through brutal and vicious retaliations the Courts together with other Administrations, Schools and Agencies did Obstruct Justice, creating a Miscarriage of Justice including but not limited to the following:

- Kidnapping by the Courts  18 USC 1201.
- Habeas Corpus,
- Interference with commerce by threats or violence  18 USC 1951 (a)(b)(1)(2)(3)(c)
- 

Respectfully Submitted

Ms. Mary A. Mathis and Family - Grandchildren

Page   4/8

RECEIVED APR 17 2008 U.S. DISTRICT COURT DIST. OF PENNSYLVANIA



LII / Legal Information Institute

MATHIS - 04-352 EMC

PAGE 5/8

# U.S. Code collection

TITLE 18 > PART I > CHAPTER 113B > § 2333

### § 2333. Civil remedies

**(a) Action and Jurisdiction.—** Any national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees.

**(b) Estoppel Under United States Law.—** A final judgment or decree rendered in favor of the United States in any criminal proceeding under section 1116, 1201, 1203, or 2332 of this title or section 46314, 46502, 46505, or 46506 of title 49 shall estop the defendant from denying the essential allegations of the criminal offense in any subsequent civil proceeding under this section.

**(c) Estoppel Under Foreign Law.—** A final judgment or decree rendered in favor of any foreign state in any criminal proceeding shall, to the extent that such judgment or decree may be accorded full faith and credit under the law of the United States, estop the defendant from denying the essential allegations of the criminal offense in any subsequent civil proceeding under this section.

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

(THREEFOLD DAMAGES)

RECEIVED APR 17 2008 CLERK U.S. DISTRICT COURT WEST DIST. OF PENNSYLVANIA



LII / Legal Information Institute

*04-352 ERIE*
*REVERSAL*
*PAGE 6*
*RECEIVED APR 17 2008 CLERK U.S. DISTRICT COURT WEST DIST. OF PENNSYLVANIA*

# U.S. Code collection

> > CHAPTER 171 > § 2674

### § 2674. Liability of United States

The United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances, but shall not be liable for interest prior to judgment or for punitive damages.

If, however, in any case wherein death was caused, the law of the place where the act or omission complained of occurred provides, or has been construed to provide, for damages only punitive in nature, the United States shall be liable for actual or compensatory damages, measured by the pecuniary injuries resulting from such death to the persons respectively, for whose benefit the action was brought, in lieu thereof.

With respect to any claim under this chapter, the United States shall be entitled to assert any defense based upon judicial or legislative immunity which otherwise would have been available to the employee of the United States whose act or omission gave rise to the claim, as well as any other defenses to which the United States is entitled.

With respect to any claim to which this section applies, the Tennessee Valley Authority shall be entitled to assert any defense which otherwise would have been available to the employee based upon judicial or legislative immunity, which otherwise would have been available to the employee of the Tennessee Valley Authority whose act or omission gave rise to the claim as well as any other defenses to which the Tennessee Valley Authority is entitled under this chapter.

THREE (3) SETS OF MY FAMILY WAS KIDNAPPED/ORPHANED FROM INFANCY TO 84YRS OLD -

LII has no control over and does not endorse any external Internet site that contains links to or references LII.

- I WAS AGGRIEVED OF MY GRANDCHILDREN, DENIED LEGAL REPRESENTATION AND ALL ACCESS TO INITIAL COURT PROCEEDINGS OF THE COURTS/JUDICIAL SYSTEM, OCY AND SCHOOL SYSTEM CRIMINALLY CONSPIRING AND MALICIOUS ABUSE OF LEGAL SYSTEM TO KIDNAPP THEN SET MY GRANDCHILDREN UP IN FOSTER CARE HOMES TO BE VICTIMS OF SODOMY- RAPES- CHILD EXPLOITATION - HUMAN TRAFFICKING - CHILD LABOR AND OTHER RELATED VICIOUS HATE AND WAR CRIMES - [MATHEMATICAL EVIDENCE]

http://uscode.law.cornell.edu/uscode/html/uscode28/usc_sec_28_0000267----000-.html    3/12/2008

04-352 ERIE

PAGE 7/8

REVERSAL



LII / Legal Information Institute

# United States Constitution

## The Constitution of the United States of America

We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.

- Table of Articles and Amendments
- Overview of Full Constitution

RECEIVED
APR 17 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



PAGE 8/8
04-352 ERIE
PA
REVERSAL

LII / Legal Information Institute

# United States Constitution

## Amendment XIX

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any state on account of sex.

Congress shall have power to enforce this article by appropriate legislation.

- Previous Amendment--Next Amendment
- Table of Articles and Amendments
- Overview of Full Constitution

RECEIVED APR 17 2008 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA