Ms. Mary A. Mathis & Family-Grandchildren       04-352
230 W. 18TH ST., ERIE, PA 16502
msmamathis@yahoo.com

**FILED**
**APR 3 0 2008**
**CLERK U.S. DISTRICT COURT**
**WEST. DIST. OF PENNSYLVAN**

WEDNESDAY, APRIL 30, 2008

Although above address mail delivery is good up to one year(1), I was informed to come into change address due to the demolition of the above address 2 unit comandeer residences. If the court "Western District" chooses not to deliver @ the above address @ 230 W. 18TH ST. for mailing purposes - please forward @

TEMPORARY MAILING ADDRESS:
Ms. Mary A. Mathis & Family-Grandchildren
506 E. 28TH ST., ERIE, PA 16503

[signature] 4-30-2008