Ms. Mary A. Mathis and family-Grandchildren Federal Case 04 352 Erie
230 W. 18th St., Erie, PA 16502 - Former 2unit Commercial/Residential
217 E. 27th St., Erie, PA 16504 - Temporary Address

814·898·0927
Contact No.

Tuesday, September 9, 2008

United States Western District Court
17 South Park Row
Erie, PA 16501
ATTN: Judge Sean McLaughlin
        Federal Case 04 352 Erie

**FILED**
SEP - 9 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

" Emergency Pleading - Demand for "Redress 04 352 Erie"

This case has escalated involving torture upon my family-Grandchildren am still displaced as if I had just filed on yesterday!

"We/I am in need of Urgent Injunctive Relief."

Ms. Mary A. Mathis-family-Grandchildren

[signature] 9-9-2008
Preserving Claim Error