**FILED**

**SEP 17 2008**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNA

Ms. Mary A. Mathis and Family-Grandchildren  **Federal Case 04-352Erie**
230 W.18th St., Erie, PA 16502 – Former 2Unit Commercial/Residential Dwelling
217 E.27th Erie, PA 16504 – Temporary Resident
[Contact No. 814-898-0927]
msmamathis@yahoo.com
Tuesday, September 16, 2008

United States Western District Court        **MOTION IN ADMINISTRATIVE LAW JUDGE**
17 South Park Row                                       **MOTION IN URGENT EMERGENCY INJUNCTIONS**
Erie, PA 16501
Attn: Judge Sean J. McLaughlin              **Federal Case No. 04- 352 Erie AMEND**

          Your Honor,                                      **MOTION IN REVERSIBLE ERROR**

On September 9, 2008 I filed for an "EMERGENCY PLEADING---DEMAND FOR REDRESS in Case No. 04 352 Erie" stating escalation of Torture upon my family and grandchildren whom were KIDNAPPED by the Lower Courts whom had no Jurisdiction over this case 04 352Erie, and whom through the Malicious Abuse of the legal process Obstructed Court Orders violating Canon Law and Obstructing Justice resulting in a MASACRE Local State and Constitutional Rights, Civil Liberties and International Laws which resulted in the violations of Administrative Duties --- Code of Professional Conduct, when the lower Courts together with numerous Boards, Committees and other Agencies did conspire and committed criminal conspiracies in the grossly negligent denial of the Lower Courts Biases and Prejudice when I, Ms. Mary A. Mathis had been granted Temporary Custody of my grandchildren [eight (8) – nine (9) grandchildren Orphaned in '2005] both by my family and the Federal Court which the lower Courts having no Jurisdiction over this case no 04 352Erie did deny me of all " ACCESS to the Judicial Process being aggrieved of my family and grandchildren, Due Process, Habeas Corpus, Pro Se which substantially affected my/our Rights resulting in War Crimes, Hate Crimes and Torture including but not limited to SODOMY, RAPE, EXPLOITATION, EXPLOITATION OF INFANT AND MINOR-ELEMENTARY CHILDREN which were *Brutal Retaliations* against my family and self resulting in the **DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW 18 USC 242  AMEND 04 352Erie** which requires a Reversal of the Atrocious practices of the Judicial System in our Case! This is an Reversible Error in the Case 04 352Erie and Injunctions are still urgently needed, this is a case had it been heard on the Merits over three (3) years ago, would have prevented such gross and inhuman offenses against myself and my family-grandchildren. We were, and are Officially Oppressed. There have been no relief's just more torment and humiliation. The law requires that when such crimes which have been committed, as such in our Case 04 352Erie **"NO INJUCTIVE OR OTHER CIVIL RELIEF AGAINST THE CONDUCT MADE CRIMINAL BY THIS SECTION SHALL BE DENIED ON THE GROUND THAT SUCH CONDUCT IS A CRIME –18 USC ~1509. OBSTRUCTION OF COURT ORDERS --- AMEND, RELATION BACK.** Moreover, ORPHAN COURT together with Office of CHILDREN and YOUTH violated POLICY, and CHILDREN IN FOSTER CARE --- DISCLOSURE FILE: **APPELLANTS, a minor child and the child's grandmother, were entitled to receive the foster family file pursuant to this regulation. S. M. v. Children & Youth Services of Delaware County, 686 A.2d 872 (Pa. Cmwlth. 1996).** I, Ms. Mary A. Mathis had been granted Pro Se and did have temporary custodial care of all of my grandchildren both by my family and the Federal Courts prior to the retaliatory and atrocious wrongs of the Lower Courts and governmental agencies. Amend --- 04 352Erie **PRESERVING CLAIM ERROR, RULE 51.**

I pray on behalf of my family-grandchildren and self that the Courts exercise and restore Jurisprudence, for the courts failed to protect through the acts of criminal maintenance against the rights of the poor, my family.

Respectfully Submitted
Ms. Mary A. Mathis and Family-Grandchildren *Grandchildren* 9-16-2008

**MOTION IN ADMINISTRATIVE LAW JUDGE --- REVERSIBLE ERROR  CASE NO. 04 352ERIE**