Ms. Mary A. Mathis Family-Grandchildren C4-352 ERIE
230 W. 18TH ST., ERIE, PA 16502 - FORMER 2 UNIT COMM/RES.
217 E. 29TH ST., ERIE, PA 16504 - TEMPORARY RESIDENTIAL
[814-898-0924] Contact No.

WEDNESDAY, SEPTEMBER 17, 2008
FEDERAL CASE No. 04-352 ERIE

**FILED**
SEP 17 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES DISTRICT COURT
17 SOUTH PARK ROW
ERIE, PA 16501
ATTN: JUDGE SEAN J. McLAUGHLIN

MOTION IN EMERGENCY
MOTION IN COSTS, FILING ETC.
04-352 ERIE
AMEND

MOTION IN COST FOR FILING ETC., PURSUANT TO 42 USC §2000C-7. LIABILITY OF UNITED STATES FOR COSTS; PURSUANT TO 18 USC §2333. CIVIL REMEDIES [WHICH REQUEST ON COURT DOCKETS AS OF APRIL 17, 2008]

MOTION IN EMERGENCY HEARING AND APPEALS FOR INJUNCTIONS RELIEF'S.

RULE 51. PRESERVING CLAIM ERROR

[TOTAL CONTEXT OF FILE DOCUMENTS ARE 109 PGS INCLUDE COSTS TO U.S.]   1 OF 3



Search Law School    Search Cornell

LII / Legal Information Institute

60 of 09

# U.S. Code collection

TITLE 42 > CHAPTER 21 > SUBCHAPTER IV > § 2000c–7

## § 2000c–7. Liability of United States for costs

In any action or proceeding under this subchapter the United States shall be liable for costs the same as a private person.

LII has no control over and does not endorse any external Internet site that contains links to or references LII.

1 of 3



LII / Legal Information Institute

MATHIS - 04352 ERIE

# U.S. Code collection

PAGE 5/8

52 OF 109

TITLE 18 > PART I > CHAPTER 113B > § 2333

### § 2333. Civil remedies

**(a) Action and Jurisdiction.—** Any national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees.

**(b) Estoppel Under United States Law.—** A final judgment or decree rendered in favor of the United States in any criminal proceeding under section 1116, 1201, 1203, or 2332 of this title or section 46314, 46502, 46505, or 46506 of title 49 shall estop the defendant from denying the essential allegations of the criminal offense in any subsequent civil proceeding under this section.

**(c) Estoppel Under Foreign Law.—** A final judgment or decree rendered in favor of any foreign state in any criminal proceeding shall, to the extent that such judgment or decree may be accorded full faith and credit under the law of the United States, estop the defendant from denying the essential allegations of the criminal offense in any subsequent civil proceeding under this section.

LII has no control over and does not endorse any external Internet site that contains links to or references LII.

*[handwritten annotation:]* THREEFOLD DAMAGES

*[handwritten:]* 1 OF 3

*[stamp:]* RECEIVED APR 17 2008 CLERK U.S. DISTRICT COURT WEST DIST. OF PENNSYLVANIA