IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY A. MATHIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-352 |
| v. ) | |
| ) | |
| CITY OF ERIE POLICE DEPARTMENT, ) | |
| et al., ) | |
| Defendants. ) | |

## ORDER

By order dated November 18, 2009, this court denied Plaintiff's motion to reopen this case, as well as several other motions, as legally frivolous. Plaintiff has now filed a pleading styled "Motion Reconsideration 'Good Cause'" [Doc. No. 52]. In addition, she has filed with the Clerk of Court 269 Civil Cover Sheets wherein she has marked, among other things, on each "Reopen 04-352 Erie" [Doc. No. 52, Attachments 1 through 8]. By way of additional background, the action at 04-352 Erie was dismissed by Court Order on May 5, 2005 [Doc. No. 15].

With respect to the 269 Civil Cover Sheets, it is difficult to discern whether the Plaintiff intended them to represent individual lawsuits or motions, or some other type of pleading relative to her previous action at 04-352 Erie. What is completely clear, however, is that a review of this most recent barrage of filings from the Plaintiff reveal them to be patently "fanciful, fantastic and delusional." Denton v. Hernandez, 504 U.S. 25, 33 (1992).

AND NOW, this 4th day of December, 2009, IT IS HEREBY ORDERED that the motion for reconsideration [Doc. No. 52] and Attachments 1 through 8 appended thereto, are DENIED as legally frivolous. IT IS FURTHER ORDERED that the 269 civil cover sheets, whether viewed as individual complaints, motions or some other type of pleading seeking relief, are hereby DISMISSED and/or DENIED with prejudice as being legally frivolous within the meaning of Denton as well.

                                        s/ Sean J. McLaughlin
                                        United States District Judge

cm: All parties of record.